**Loren R. WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40962.**

Missouri Court of Appeals,
Western District.

March 14, 1989.

Loren R. Wilson, pro se.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and
SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).